Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| HEINE, DAVID KEITH | ) | CASE NO. 04-15004-PHX-JMM |
| HEINE, IONE M | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 5 | WEST VERIZON WIRELESS | $0.13 |
| | 404 BROCK DR | |
| | BLOOMINGTION, IL 61701 | |

Date: <u>January 27, 2010</u>

/s/ Lothar Goernitz
Lothar Goernitz, Trustee